IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GARLAND DEAN BARNES,

                Plaintiff,

v.                                                                                        ORDER

DANIEL WINKLESKI,                                                 21-cv-51-jdp

                Defendant.

---

Plaintiff Garland Dean Barnes, appearing pro se, contends that prison officials at New Lisbon Correctional Institution (NLCI) failed to properly keep him safe from the risk of contracting COVID-19. The court set an expedited joint preliminary injunction and summary judgment briefing schedule in light of Barnes's contention that NLCI's COVID-prevention measures remained inadequate.

But Barnes did not file a motion for preliminary injunctive relief as he indicated that he would do at the court's preliminary pretrial conference, and Barnes has been transferred to a new facility. The court issued an order stating that it was unclear whether Barnes had any reason to continue with his claim—which is for injunctive relief only—and gave Barnes a deadline to explain why he thinks that he is still entitled to an injunction regarding NLCI given that he is no longer there. Dkt. 24. Barnes's deadline has passed and he has not responded. So I will dismiss the case without prejudice.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED without prejudice.

2. The clerk of court is directed to close the case.

Entered August 30, 2022.

                                              BY THE COURT:

                                              /s/

                                          _____

                                          JAMES D. PETERSON
                                          District Judge